Accordingly, we VACATE Cuevas–Gomez's sentence and REMAND the case for proceedings consistent with this opinion.

The Judgment of the district court is affirmed.

AFFIRMED.

**Harold ATKINS, Plaintiff–Appellant,**

v.

**Donna E. SHALALA, Secretary of Health & Human Services, Defendant–Appellee.**

No. 94–35020.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 14, 1995.

Decided Aug. 9, 1995.

Ralph Wilborn, Eugene, OR, for plaintiff-appellant.

Richard H. Wetmore, Asst. Regional Counsel, Dept. of Health & Human Services, Seattle, WA, for defendant-appellee.

Before: HUG, and FERGUSON, Circuit Judges, and SCHWARZER,* District Judge.

**ORDER**

We determine that the opinion of the district court, *Atkins v. Shalala,* 837 F.Supp. 318 (D.Or.1993), is correct in all aspects and it is adopted as the opinion of this Court.

* Honorable William A. Schwarzer, Senior United States District Judge for the Northern District of

**DeMont R.D. CONNER, Plaintiff–Appellant,**

v.

**Theodore SAKAI et al., Defendants–Appellees.**

No. 91–16704.

United States Court of Appeals, Ninth Circuit.

Aug. 10, 1995.

Before: BROWNING, NORRIS, and REINHARDT, Circuit Judges.

**ORDER**

In light of the Supreme Court's opinion in *Sandin v. Conner,* —— U.S. ——, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995), subpart 2 of section II. A. of the opinion amended on February 2, 1994, and published at *Conner v. Sakai,* 15 F.3d 1463 (9th Cir.1993), is vacated and section III is amended to read as follows:

The district court's grant of the defendants' motion for summary judgment is reversed as to the prayer claim against Defendants Paaga and Lee. Summary judgment is upheld on all other claims and as to all other defendants. The district

California, sitting by designation.